Rafael Quiroz #335146
Name and Prisoner/Booking Number

A.S.P.C. Kingman / Huachuca Unit
Place of Confinement

P.O. Box: 6639
Mailing Address

Kingman, ARIZONA 86402
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 3 0 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Rafael Pulido Quiroz,
(Full Name of Petitioner)

Petitioner,

v.

David Shinn, et., al.,
(Name of the Director of the Department of Corrections, Jailor or authorized person having custody of Petitioner),

Respondent,
and
The Attorney General of the State of ARIZONA,

Additional Respondent.

CASE NO. CV22-01111-PHX-SPL--MTM
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: The Superior court of Maricopa County of Arizona. 201 West Jefferson. Phoenix, ARIZONA 85003.

   (b) Criminal docket or case number: CR No: 2017-005865-003

2. Date of judgment of conviction: Calendar year of 2019.

3. In this case, were you convicted on more than one count or crime?    Yes ☐    No ☒

Revised 3/15/16                                    1                                                530

4. Identify all counts and crimes for which you were convicted and sentenced in this case: _____
    A.R.S. 13-3212, A.R.S. 13-1405; A.R.S. 13-702; A.R.S. 13-902

5. Length of sentence for each count or crime for which you were convicted in this case: _____
    10 Years @ 85% With (1) Lifetime Probation.

6. (a) What was your plea?
    Not guilty ☐
    Guilty ☒
    Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: THIS CASE IS AN EXTREEME COMPLEX CASE. THE PETITIONER HEREIN HAS TWO additional Co-defendants Therefore (this Plea) WAS PROVIDED AS A TRIO PLEA. THEREFORE THE PETITIONER WAS NEVER given an opportunity to accept or Deny. (REFER TO CR NO: 2017-005865-001/002/003.)

   (c) If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at the trial?   Yes ☐   No ☐

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☒   No ☐

   If yes, answer the following:

   (a) Date you filed: February 2022

   (b) Docket or case number: 1 CA CR 22-0121 PRPC

   (c) Result: Dismissing Review

   (d) Date of result: March 17, 2022

   (e) Grounds raised: To Conduct a Independent Review of the Superior Court of Maricopa County AND THE violations of the United States Constitutional Amendments 5, 8, 9, 14. The fact that the A.R.S. 13-702 and A.R.S. 13-902 Statutes were Amended In September of 2021. In which the Petitioner filed a Post-conviction Relief under Rule 33.1 (a-h) under a change in the Law, and under State v. Bigger (2021) 'A Clear break from the past'.

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

2

9. Did you appeal to the Arizona Supreme Court?   Yes ☒   No ☐

   If yes, answer the following:

   (a) Date you filed: March 2022

   (b) Docket or case number: 1 CA CR 22-0121 PRPC

   (c) Result: Motion Reconsideration Denied

   (d) Date of result: April 28, 2022

   (e) Grounds raised: The Challenge of THE UNITED STATES CONSTITUTION OF DUE PROCESS. State v. Shrum (2008) and STATE v. SWOOPS, 216 ARIZ. 390, 42, 166 P.3d at 958 (2002) The Change of the Law of the State of ARIZONA.

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

    If yes, answer the following:

    (a) Date you filed: N/A

    (b) Docket or case number: N/A

    (c) Result: N/A

    (d) Date of result: N/A

    (e) Grounds raised: N/A

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?   Yes ☐   No ☒

    If yes, answer the following:

(a) First Petition.

    (1) Date you filed: N/A

    (2) Name of court: N/A

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): N/A

    (4) Docket or case number: N/A

    (5) Result: N/A

    (6) Date of result: N/A

    (7) Grounds raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b) Second Petition.

    (1) Date you filed: N/A

    (2) Name of court: N/A

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): N/A

    (4) Docket or case number: N/A

    (5) Result: N/A

    (6) Date of result: N/A

    (7) Grounds raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c) Third Petition.

(1) Date you filed: _N/A_

(2) Name of court: _N/A_

(3) Nature of the proceeding (Rule 32, special action or habeas corpus): _N/A_

(4) Docket or case number: _N/A_

(5) Result: _N/A_

(6) Date of result: _N/A_

(7) Grounds raised: _N/A_

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d) Did you appeal the action taken on your petition, application, or motion to the:

|  | Arizona Court of Appeals: | | Arizona Supreme Court: | |
|---|---|---|---|---|
| (1) First petition: | Yes ☒ | No ☐ | Yes ☒ | No ☐ |
| (2) Second petition: | Yes ☒ | No ☐ | Yes ☒ | No ☐ |
| (3) Third petition | Yes ☒ | No ☐ | Yes ☒ | No ☐ |

(e) If you did not appeal to the Arizona Court of Appeals, explain why you did not: _N/A_

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Case 2:22-cv-01111-SPL    Document 1    Filed 06/30/22    Page 6 of 11


**GROUND ONE:** Constitutional violation of U.S.C.A. 5 of Due Process, U.S.C.A. 8, U.S.C.A. 9, U.S.C.A. 14.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
THIS entire case is extreemly complex. The Petitioner herein was automatically entered into a Plea agreement because of the first co-defendant was promised a Plea-agreement by the Prosecution due to Prior agreements that MR. Cisneros would help convict the Petitioner herein which we will call Co-defendant (B) and Co-defendant (C). MR. Flemente. So the Petitioner herein this writ of habeas has been challenging [his] Due Process rights for Day one of arrest.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals? Yes ☒   No ☐

(c) If yes, did you present the issue in a:
    Direct appeal ☐
    First petition ☒
    Second petition ☐
    Third petition ☐

(d) If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: 
N/A

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court? Yes ☒   No ☐

**GROUND TWO:** Post-Conviction Relief Rule 33.1 (e)(g)
A Newly discovered material fact finding and A change in the Law that occurred after Sentencing.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
The facts are outlined in the Points and Authorities that have been Provided in the Post Conviction Petition Rule 33.1 (a-h) The Petitioner does not fall under any time frame under Newly discovered material fact finding or a Change in the Law. The Superior court believes that the Petitioner does, and the Supreme court of Appeals Concur with the Superior court and in turn is not following their own Rule that they created.

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?   Yes ☒   No ☐

(c) If yes, did you present the issue in a:
  Direct appeal      ☐
  First petition     ☒
  Second petition    ☐
  Third petition     ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____
N/A

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court?   Yes ☐   No ☐

7

**GROUND THREE:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals?   Yes ☐   No ☐

(c) If yes, did you present the issue in a:
    Direct appeal       ☐
    First petition      ☐
    Second petition     ☐
    Third petition      ☐

(d) If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why:

N/A

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court?   Yes ☐   No ☐

**GROUND FOUR:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?  Yes ☐   No ☐

(c) If yes, did you present the issue in a:
  Direct appeal    ☐
  First petition   ☐
  Second petition  ☐
  Third petition   ☐

(d) If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: N/A

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?  Yes ☐   No ☐

9

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐   No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available: _____
    
    N/A

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?  Yes ☐   No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____
    
    N/A

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?  Yes ☐   No ☒

    If yes, answer the following:

    (a) Name and location of the court that imposed the sentence to be served in the future:
    
    N/A

    (b) Date that the other sentence was imposed: ___N/A___

    (c) Length of the other sentence: ___N/A___

    (d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?   Yes ☐   No ☒

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

N/A

*Section 2244(d) provides in part that:
(1)  A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.   The limitation period shall run from the latest of-
 (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
 (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
 (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: The Petitioner Respectfully moves this Court to grant the Petitioner with A Reduction in [His] sentence that [He] is currently Serving and the application of the First-Time Protocol and the Change in the Law in both: A.R.S. 13-702 and A.R.S. 13-902 with Prejudice.
or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

 I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___06/28/2022___(month, day, year).

_____
**Signature of Petitioner**

_____        ___06/28/2022___
Signature of PARALEGAL                                    Date